**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DERRY BROWN,

Plaintiff,

vs.

COUNTY OF LOS ANGELES,

Defendant.

Case No. 2:25-cv-04639-DOC-E

Honorable David O. Carter

**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE [40]**

[FED. R. CIV. P. 41(a)(1)(a)(ii)]

**[MATTER FOR DETERMINATION BY MAGISTRATE JUDGE CHARLES F. EICK]**

*[Stipulation filed concurrently herewith]*

**ORDER**

Pursuant to the parties' Stipulation To Dismiss Case With Prejudice, **IT IS HEREBY ORDERED** that the above-entitled action is dismissed in its entirety, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(ii).

Dated: October 22, 2026

David O. Carter

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE